

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| TAMARA ANGELA GRIFFIN, | § | No. 08-24-00003-CV |
| Appellant, | § | Appeal from the |
| v. | § | 383rd Judicial District Court |
| JAMES HENRY THOMAS, SR., | § | of El Paso County, Texas |
| Appellee. | § | (TC#2020DCM1006) |

## **<u>SUBSTITUTED JUDGMENT</u>**

The June 13, 2024 judgment of the Court issued is withdrawn and the following is the now judgment of the Court.

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of jurisdiction. We therefore dismiss the appeal for want of jurisdiction. It appearing to this Court that Appellant is indigent for purposes of appeal, this Court makes no other order with respect to costs. We further order this decision be certified below for observance.

IT IS SO ORDERED THIS 7TH DAY OF NOVEMBER 2024.


JEFF ALLEY, Chief Justice


Before Alley, C.J., Palafox and Soto, JJ.